**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DAVID R. KING

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-03-215-WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND PROPOSED ORDER |
| ) | TO RESET HEARING DATE ON NEW |
| v. ) | TRIAL MOTION AND BRIEFING |
| ) | SCHEDULE |
| DAVID R. KING, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |
| _____ ) | |

     Plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. Michelle Rodriguez, and defendant David R. King, by his counsel James R. Greiner, hereby stipulate and agree that the hearing date for the Motion for New Trial for defendant, DAVID R. KING, presently set for Wednesday, July 20, 2005, can be vacated and a new hearing date of Wednesday, August 17, 2005, at 9:00 a.m. can be set. (The parties have checked this date with the Courtroom Deputy and it is a good date).

     Counsel for defendant DAVID R. KING, has telephoned the government's counsel, Ms. Michelle Rodriguez, and that date is agreeable with the government.

     The parties hereby agree and stipulate that the following shall be the new briefing schedule, if the Court so agrees:

     Defendant's Motion to be filed on or before Wednesday, June 29, 2005:

Government's opposition to be filed on or before Wednesday, July 20, 2005;

Defendant's reply, if any, to be filed on or before Wednesday, July 27, 2005;

Hearing on New Trial Motion on Wednesday, August 17, 2005.

Respectfully submitted,
McGREGOR W. SCOTT
UNITED STATES ATTORNEY

DATED: 6-1-05

/s/ MICHELLE RODRIGUEZ
_____
MICHELLE RODRIGUEZ
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF

DATED: 6-1-05

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT DAVID KING

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: JUNE 2, 2005.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2