**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DAVID R. KING

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> DAVID R. KING, ) <br> ) <br> DEFENDANT. ) <br> ) <br> _____ ) | CR.-S-03-215-WBS <br><br> STIPULATION AND PROPOSED ORDER TO RESET HEARING OF MOTION FOR NEW TRIAL AND JUDGMENT AND SENTENCE |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. Michelle Rodriguez, and defendant David R. King, by his counsel James R. Greiner, hereby stipulate and agree that the hearing date for the Motion for New Trial for defendant, DAVID R. KING, presently set for Wednesday, August 17, 2005, and the date set for judgment and sentencing, Wednesday, August 17, 2005,  can be vacated and a new date for both the hearing on the New Trial Motion and Judgment and Sentencing can be set for:   Wednesday, August 24, 2005, at 9:00 a.m..

Counsel for defendant DAVID R. KING, received a telephone call from the probation officer, Ms. Linda Alger, who requested the extension. The parties have no objection to the request.

The parties hereby agree and stipulate that the following date shall be the new date set for both the hearing on the Motion for New Trial and Judgment and Sentencing, if the Court so agrees: Wednesday, August 24, 2005, at 9:00 A.M..

1

```
                                        Respectfully submitted,
                                        McGREGOR W. SCOTT
                                        UNITED STATES ATTORNEY


DATED: 8-9-05                           /s/ MICHELLE RODRIGUEZ
                                        _____
                                        MICHELLE RODRIGUEZ
                                        ASSISTANT UNITED STATES ATTORNEY
                                        ATTORNEYS FOR THE PLAINTIFF


DATED: 8-9-05                           /s/ JAMES R. GREINER
                                        _____
                                        JAMES R. GREINER
                                        ATTORNEY FOR DEFENDANT DAVID KING
```

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: August 10, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2