```
 1   McGREGOR W. SCOTT
     United States Attorney
 2   MICHELLE RODRIGUEZ
     Assistant U.S. Attorney
 3   501 I Street, Suite 10-100
     Sacramento, California  95814
 4   Telephone: (916) 554-2700
 5
 6
 7
 8
 9
                    IN THE UNITED STATES DISTRICT COURT FOR THE
10
11
                           EASTERN DISTRICT OF CALIFORNIA
12
13
         UNITED STATES OF AMERICA,      )     CR. NO. S-03-215-WBS
14                                      )
                    Plaintiff,          )
15         v.                           )
                                        )
16       DAVID R. KING,                 )     STIPULATION TO CONTINUE
                                        )     SENTENCING HEARING AND
17                  Defendant.          )     PROPOSED ORDER
                                        )
18
19
20       IT IS HEREBY STIPULATED AND AGREED between plaintiff United
21   States of America and defendant David R. King, with the advice of
22   his counsel, James R. Greiner, Esq., as follows:  (1) for good
23   cause, stemming from the unavailability of government counsel, the
24   August 31, 2005 hearings re judgment and sentencing and re motion
25   for new trial be vacated; and (2) each party specifically requests
26   this Court to allow that both of these hearings be set for September
27   7, 2005 at 9:00 a.m.
28   ///
```

Accordingly, the parties request that this Court enter this stipulation as an Order of the Court.

DATED:   8/25/05              McGREGOR W. SCOTT
                              United States Attorney
                              By:

                                 /s/Michelle Rodriguez
                              MICHELLE RODRIGUEZ
                              Assistant U.S. Attorney


DATED:   8/25/05                 /s/James Greiner(via telephone)
                              JAMES R. GREINER, Attorney
                              for David R. King, defendant


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


IT IS SO ORDERED.

DATED:  August 26, 2005


_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE