**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT/APPELLANT
DAVID R. KING

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-03-215-WBS |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | PROPOSED ORDER |
| DAVID R. KING, ) | |
| ) | |
| ) | |
| DEFENDANT/APPELLANT. ) | |
| ) | |
| _____) | |

GOOD CAUSE APPEARING;

IT IS HEREBY ORDERED:

The court reporter shall provide to attorney James R. Greiner a copy of the sealed transcripts on September 17, 2003 and May 12, 2004; those transcripts shall remained sealed until further order of this court.

DATED:  January 26, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1