```
McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) <br>          Respondent/Plaintiff, ) <br>     v.                             ) <br>                                    ) <br> DAVID R. KING,                     ) <br>          Movant/Defendant.        ) <br> _____) | CR. NO.  03-215-WBS KJM P <br><br><br><br> MOTION RE EXTENSION OF TIME <br> AND RE BRIEFING SCHEDULE AND <br> ORDER |

**MOTION**

On 4/29/2008, this Court directed the United States to file a response brief in answer to movant/defendant's 2255 motion (filed on 1/30/2008).  The United States' response brief is presently due on or before 6/30/2008.  CR 313.

HEREBY, the United States respectfully moves that the briefing schedule be modified as follows: (1) United States Opposition to 2255 Motion due 9/30/2008; and (2) movant/defendant's Reply, if any, due 10/30/2008.

This motion for extension of time is supported by the accompanying declaration of the undersigned federal prosecutor.

```
June 24, 2008                        McGREGOR W. SCOTT
                                     United States Attorney

                                          /s/Michelle Rodriguez
                                     by:_____
                                     MICHELLE RODRIGUEZ
                                     Assistant U.S. Attorney
```

1

**ORDER**

For the reasons set forth above and in the accompanying Declaration of AUSA Michelle Rodriguez, the briefing schedule in the above-entitled case will be modified as follows:

(1) United States' Opposition to Petitioner's 2255 Motion is due 9/30/2008; and

(2) movant/defendant's Reply, if any, due 10/30/2008.

IT IS SO ORDERED.

DATED:  July 11, 2008.

_____
U.S. MAGISTRATE JUDGE

**DECLARATION**

1. I, Michelle Rodriguez, declare the following to be true and correct.

2. I am an Assistant United States Attorney in the Eastern District of California.  On 4/29/2008, I received this Court's Order directing the United States to answer King's 2255 Motion.

3. From 4/29/2008 to date, I have been involved in numerous complaints, indictments, sentencing hearings, and related documentation. I have also responded to a multi-claim 2255 motion in an unrelated case.  Nevertheless, during this period, I have ordered transcripts necessary to respond to King's 2255 motion. These transcripts may not be completed until July/August 2008.

4. Due to the number of so-called "grounds" set forth in King's 2255 motion, it will also be necessary to again review significant portions of the file in this matter.  The file is extremely voluminous (involving hundreds of pages of trial transcripts) and the underlying proceedings spanned several years.

5. From 8/25/2008 through 9/8/2008, I cannot work on this matter as I will be physically out of my office (intended leave).

6. I believe that the requested approx 90 day extension (first such request) will allow the United States the necessary time to obtain and review relevant and necessary files and transcripts, and to prepare an accurate and appropriate response.

7. I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge. Executed 6/24/2008, at Sacramento, California.

/s/ Michelle Rodriguez
_____
MICHELLE RODRIGUEZ
Assistant U.S. Attorney