**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DAVID R. KING

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> DAVID R. KING et al., ) <br> ) <br> DEFENDANTS. ) <br> _____ ) | CR.NO.S-03-215-WBS <br><br> STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY BRIEFING SCHEDULE |

The parties by and through their respective counsel stipulate and agree that the following modified briefing schedule can be adopted by the Court:

Defendants opening brief to be filed on or before Monday, July 27, 2009;

Government's opposition to be filed on or before Monday, August 17, 2009;

Defendant's reply brief to be filed on or before Monday, August 24, 2009;

The hearing date of Monday, August 31, 2009, remains the same.

It is so agreed and stipulated to.

1

LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

DATED: 7-20-09

/s/ MICHELLE RODRIGUEZ by telephone authorization
_____
MICHELLE RODRIGUEZ
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF

DATED: 7-20-09

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT
DAVID R. KING

ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: July 21, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2