**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
DAVID R. KING

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-03-215-WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | TO VACATE THE HEARING DATE |
| v. ) | SET FOR MONDAY, |
| ) | AUGUST 31, 2009 AND TO SET A NEW |
| DAVID R. KING, ) | DATE FOR ENTRY OF ADMISSION |
| ) | OF VIOLATIONS |
| DEFENDANT. ) | |
| ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. Michelle Rodriguez, and defendant David R. King, by his counsel James R. Greiner, hereby stipulate and agree that the hearing date for the Motion To Dismiss filed by the defense, can and should be vacated from the Court's Monday, August 31, 2009, calendar. The parties agree and stipulate that Monday, October 26, 2009, at 8:30 a.m., can be set on the Court's calendar for entry of admission by the defendant to as to the Petition of Violation of Supervised Release

The parties have checked this date with the Courtroom Deputy, Ms. Karen Kirksey, and the Court is available on that date.

1

The parties have agreed in principal to the admission and sentence to be proposed to the Court regarding the violations asserted in the Petition, the additional time is needed to work on some of the details.

Respectfully submitted,
LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

DATED: 8-20-09

/s/ MICHELLE RODRIGUEZ-by telephone authorization
_____
MICHELLE RODRIGUEZ
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF

DATED: 8-20-09

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR
DEFENDANT DAVID KING

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: **August 25, 2009**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2