**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
DAVID R. KING

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-03-215-WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | TO SET A DATE FOR ENTRY OF |
| v. ) | ADMISSIONS TO THE PETITION |
| ) | VIOLATIONS, SET FOR |
| DAVID R. KING, ) | MONDAY, NOVEMBER 9, 2009 |
| ) | |
| DEFENDANT. ) | |
| _____) | |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. Michelle Rodriguez, and defendant David R. King, by his counsel, Mr. James R. Greiner, hereby stipulate and agree that the hearing date presently set on Judge Shubb's calendar for Monday, October 26, 2009, at 8:30 a.m., be vacated. The parties agree and stipulate that the case can be set on Judge Shubb's calendar for Monday, November 9, 2009, at 8:30 a.m..

    The parties have checked this date with the Judge Shubb's Courtroom Deputy, Ms. Karen Smith , and the Court is available on that date.

1

The parties, along with Probation, have agreed to the admission and sentence to be proposed to the Court regarding the violations asserted in the Petition.

Respectfully submitted,
LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

DATED: 10-21-09

/s/ MICHELLE RODRIGUEZ-by telephone authorization
_____
MICHELLE RODRIGUEZ
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF

DATED: 10-21-09

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR
DEFENDANT DAVID KING

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: **October 22, 2009**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2