UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA



FILED
NOV 9 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                            )<br>         Plaintiff,                              )<br>v.                                                       )<br>                                                            )<br>DAVID RAPHAEL KING,                  )<br>                                                            )<br>         Defendant.                          )<br>                                                            ) | Case No. CR S-03-0215-03 WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release **David Raphael King** Case CR S-03-0215-03 WBS from custody for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    __  Unsecured bond

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond secured by Real Property

    __  Corporate Surety Bail Bond

    **X**  (Other) **Defendant sentenced to TIME SERVED.**

Issued at  Sacramento, CA  on  November 9, 2009   at  10:30 a.m.

By  /s/ William B. Shubb
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing